Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Ocala__ Division

Matthew W. Oxendine

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Officer Wright
Caption Jason Reid
Sumter County Florida Detention Center
Sheriff William O. Bill Farmer Jr.

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:22-CV-375 TPB PRL
(to be filled in by the Clerk's Office)

FILED 2022 AUG 25 PM 2:24
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Matthew W. Oxendine
All other names by which you have been known: Matt
ID Number: # 9915021603
Current Institution: Sumter County Florida Detention Center
Address: 219 E. Anderson Avenue
Bushnell, FL. 33513
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: William O. Bill Farmer Jr.
Job or Title *(if known)*: Sheriff
Shield Number: N\A
Employer: Sumter County Sheriff's Office
Address: 250 E. McCollum Avenue
Bushnell, FL. 33513
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Jason Reid
Job or Title *(if known)*: Caption
Shield Number: N\A
Employer: Sumter County Florida Detention Center
Address: 219 E. Anderson Avenue
Bushnell, FL. 33513
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name: Officer Wright
        Job or Title (if known): Officer
        Shield Number: N\A
        Employer: Sumter County Florida Detention Center
        Address: 219 E. Anderson Avenue
        Bushnell, FL. 33513
        [ ] Individual capacity  [X] Official capacity

    Defendant No. 4
        Name: Sumter County Florida Detention Center
        Job or Title (if known): Detention Center
        Shield Number: N\A
        Employer: Sumter County
        Address: Sumter County Florida Detention Center
        Bushnell, FL. 33513
        [ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against (check all that apply):

        [ ] Federal officials (a *Bivens* claim)

        [X] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Fourteenth Amendment My Defendants Denied Me Liberty without due-process And Acted with Deliberate Indifference

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N\A

## Statement's of Fact's And Amendment Violation

(1) My Name is Matthew W. Oxendine and im A Pre-Trial inmate at Sumter County FL. Detention Center. And im The plaintiff in This Federal Tort Claim For Supervisory Liability. Plantiff's Federal Tort Claims act Claims are Authorized by 28 U.S.C. Section 1346. (2) On September 22, 2021 late in The afternoon I had A very Serious accident. I Slipped in A puddle of water in Delta Alpha Dorm and Fell and injured my back and Shoulder and had To be Taken To Dade City FL. Hospital. (3) The Air-Conditioning unit had been Flooding The dayroom For at least A Week. The Air-Conditioning unit had been raining unsanitary water down on Tables and Floors were I have To eat my meals. There was nowere To get out of The unsafe Conditions. (4) The Floor in Delta alpha Dorm had blankets and buckets Trying To Contain The water but nothing worked The Floor Stayed wet at all times. (5) Sargent Stone, Sargent Button, Officer Wigglesworth, Officer More, Officer Wright, and Caption Jason Reid Were all Verbally Notified on A daily base's To please Fix the Leaking Air-Conditioning Unit or move plaintiff and 30 other inmates To different dorm's and there response was alway's the Same there is nothing we Can do Maintenance has been informed. (6) All plaintiff's defendant's Sheriff William O. Bill Farmer Jr. and Caption Jason Reid, and Officer Wright, and Sumter County FL. detention Center. Did Violate the Fourteenth Amendment and denied plaintiff Liberty without due process and acted with Deliberate Indifference and Subjected plaintiff to inhumane Conditions of Confinement plaintiff was denied Shelter, Sanitation, and Personal Safety, and Equal Protection. (7) On September 22, 2021 late in the afternoon Officer Wright came in to delta alpha dorm and told me to wipe of the tables after he Sprays Bleach on the Tables To kill Germs that put plaintiff in Contact were the water Pooled the most and I Slipped and Fell injuring my Back and Shoulder. Officer Wright knew of The dangerous Conditions that He was Subjecting

(1-of-2)

Plaintiff to Officer Wright did act with deliberate Indifference to Plaintiffs needs (8.) Caption Jason Reid Knew of or Should have Known of the inhumane Conditions of Confinement and that Plaintiff was being denied Shelter, Sanitation, and Personal Safety and Equal Protection this had been going on for at least A week that is long enough for Caption Jason Reid to know that Plaintiff and 30 other inmates were walking around in Unsanituary water Caption Jason Reid Makes his rounds and inspects the Sumter County FL. detention Center on A daily basis Caption Jason Reid did act with deliberate indifference. (9.) Sheriff William O. Bill Farmer Jr. acted with deliberate indifference when he knew or should have known that Plaintiff and 30 other imates were walking around in Unsanituary water for at least A week (10.) Incarceration itself renders Pre-Trial inmates and Prisoners dependant upon their Keepers and Strips them of Virtually every means of Self-Protection (11.) My defendant's Sheriff William O. Bill Farmer Jr. and Caption Jason Reid and Officer Wright, and the Sumter County FL. detention Center Failed to Protect Plaintiff and Failed to Provide Plaintiff with Basic human needs to be Safe under there Care and deprived Plaintiff of Constitutioal rights under Color of State or in defendant's Official Capacity and I am entitled Relief

2 of 2

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All My Defendant's Acted with Deliberate Indifference under Color of State And Denied Me Shelter Sanitation and Personal Safety

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N\A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Sumpter County FL. Detention Center September 22, 2021

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 22, 2021 late in the Afternoon

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I sliped in A puddle of water due to A Leaking Air-Conditioning unit that had Been Leaking and Flooding the dayroom For over A week I Fell And injured My Back And Shoulder. My Defendant's Allowed Me To live in inhumane Conditions of Confinement And Failed to Protect Me. Officer Wright witnessed My Accident And there is Camra Footage of My Accident. And also 30 other inmates were witnesses

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I injured My Back and Shoulder And Had to Be taken To Dade City FL. Hospital. I Then Spent three weeks Transforming From A wheelchair to A walker. I Still have Swollen Disc in My Back that Causes Syattica that runs From My lower Back down My right leg. I have limited use of My right arm and I use A Sling Because the weight of My arm Causes great pain in My right Shoulder I have MRI For My Back and Shoulder to prove My injury. And I take therapy twice A week to keep my pain levels down

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am Asking the Maximum amount Allowed By Law Compensatory damages and punitive damages. My Back And Shoulder will never Be the Same. This Accident Has Caused Me undue Pain. I have been out of work For 11 months I am unable To preform My Trade As A Glass And Door installer. And I'm Asking To Be Exempt From Being Charged 50 dollars A day By the Sumter County FL. Detention Center they Failed to take care of Me

## Injuries

① My Injuries have virtually changed my Life ② After I had had the Accident at Sumter County detention Center I was Confined at home unable to work and I had no insurance ③ I spent three weeks Transforming from A wheelchair to A walker I did have good and bad days were I could walk without pain. ④ Its Been 11 months since the accident and I still have Swollen disc Bulge that Causes my Back to be out of Line and it pinches Nerves in my lower Back and Causes Severe pain that runs From my lower back down my right Leg ⑤ And my Right Shoulder is in pain at all times I have to Wear A Sling on my Right arm Because the weight of my right arm Causes Severe pain in my right Shoulder ⑥ I have Limited use of my right arm and can not Pick up any weight or rotate my right arm Because my right Shoulder is unstable and it Causes me not to use my right arm at all ⑦ I do have MRI to prove my injury on my Back and im waiting for MRI on my Shoulder Because Shoulder MRI has been approved. And I now take therapy Twice A week at the Sumter County Detention Center To try and Keep my pain levels down ⑧ this Accident Has virtually Changed my life and im unable to do the things I use to do, I never ask for any of this to happen to me. The Sumter County FL Detention Center Failed To protect me and Subjected me To inhumane Conditions of Cofinement. And denied me Shelter and Sanitation, and Personal Safety, and Equal protection And I am entitled Relief

Matthew W. Oxendine

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Sumter County FL. Detention Center*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

*I asked for MRI and Xrays and this is all they have done for me*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? I Filed Electronic Grievances on May 10, June 12, June 20, June 27, and July 11, of 2022 about my injuries and inhumane Conditions of Confinement

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Sumter County FL. Detention Center

2. What did you claim in your grievance? I claimed that I need the Detention Center to provide me with MRI and Xrays whatever it takes to help me get Better. Becouse I never ask for this injury it has ruined me For life

3. What was the result, if any? The Sumter County FL. Detention Center Assured me that they would do all they could for me. And They Assured me that this is being looked into

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N-A

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N\A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I am A Pre-Trial inmate only prisoners are Required To Exhaust Administrative Remedies. I have not Been Convicted of any Crime

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N\A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   3. Docket or index number

   4. Name of Judge assigned to your case

   5. Approximate date of filing lawsuit

   6. Is the case still pending?
      ☐ Yes
      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-17-2022

Signature of Plaintiff: *Matthew W. Oxendine*
Printed Name of Plaintiff: Matthew W. Oxendine
Prison Identification #: # 991502/603
Prison Address: 219 E. Anderson Avenue
Bushnell, FL. 33513
  *City        State    Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  *City        State    Zip Code*
Telephone Number: _____
E-mail Address: _____